May Term,
1860.

GLIDEWELL
v.
RUDISILL.

*J. Bradley*, for the appellant.

---

### GLIDEWELL *v.* RUDISILL.

*Tuesday,*
*June 12.*

APPEAL from the *Putnam* Circuit Court.

*Per Curiam.*—Suit by the appellee against the appellant upon a note, before a justice of the peace. Appeal to the Circuit Court. Trial by the Court; finding and judgment for the plaintiff.

No exception is taken to any ruling; no motion was made for a new trial, nor is any question presented for our decision.

The judgment is affirmed with 10 per cent. damages and costs.

*W. W. Wick*, for the appellant.

*D. E. Williamson* and *A. Daggy*, for the appellee.